# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Willie L. Vales (Male/Black, DOB:<br>XX-XX-1974, Wisconsin Department of<br>Corrections Number 00294647) | Case No. 24-894M(NJ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the  Eastern  District of  Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 9/19/2024  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Hon. Nancy Joseph  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9/5/2024 @ 1:11 p.m.

*Judge's Signature*

City and state:  Milwaukee, WI         Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name(s) of any person(s) seized: |
|---|
| |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                                          *Executing officer's signature*

                                                                          *Printed name and title*

## ATTACHMENT A

*Person to be searched*

The person to be searched is **Willie L. Vales (Male/Black, DOB: XX-XX-1974, Wisconsin Department of Corrections Number 00294647).**

1

## ATTACHMENT B

*Property to be seized*

The property to be seized is saliva containing epithelial cells by buccal swab.

2

Case 2:24-mj-00894-NJ    Filed 09/05/24    Page 4 of 12    Document 1

# UNITED STATES DISTRICT COURT
для
Eastern District of Wisconsin

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Willie L. Vales (Male/Black, DOB: XX-XX-1974, Wisconsin Department of Corrections Number 00294647)

Case No. 24-894M(NJ)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the **Eastern** District of **Wisconsin**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(8); and 924(c) | Possession of a firearm after previously having been convicted of a crime punishable by imprisonment for a term exceeding one year; and Possession of a firearm in furtherance of drug trafficking |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

SEAN MAYERBOCK (Affiliate)
Digitally signed by SEAN MAYERBOCK (Affiliate)
Date: 2024.09.05 07:54:15 -05'00'

*Applicant's signature*

Sean Mayerbock, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 9/5/2024

*Judge's signature*

City and state: Milwaukee, WI

Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR SEARCH WARRANT

I, Sean Mayerbock, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of applications under Rule 41 of the Federal Rules of Criminal Procedure for search warrants to collect an oral swab or swabs of deoxyribonucleic acid (DNA) from saliva containing epithelial cells from the following individual, who is presently located in the Eastern District of Wisconsin:

   **A. Willie L. Vales (Male/Black, DOB: XX-XX-1974, Wisconsin Department of Corrections Number 00294647)**

2. I am a Police Officer with the City of Brookfield Police Department and have been a sworn law enforcement officer for 9 years. I am currently assigned to the North Central High Intensity Drug Trafficking Area (HIDTA) – Drug Gang Task Force. Since November 2019, I have been a Task Force Officer with the United States Department of Justice, Drug Enforcement Administration (DEA).

3. As part of my duties as a DEA Train Field Officer (TFO), I investigate criminal violations relating to narcotics trafficking offenses, including criminal violations of the Federal Controlled Substance laws, including, but not limited to Title 21, United States Code, Sections 841, 843, 846, and federal firearms offenses, including violations of Title 18, United States Code, Sections 922(g), 924(a), and 924(c). In the course of my experience, I have and continue to be involved in investigations of criminal offenses and have assisted with search warrants for items related to gang investigations, organized crime, violent crime, firearms offenses, drug trafficking, thefts, counterfeit crimes, forgeries, including cellular telephones and other electronic telecommunication devices.

1

4. I have had formal training in the investigation of drug trafficking and related firearm offenses; I have worked with numerous informants in the investigation of drug trafficking; and I have participated in the execution of numerous search warrants in which controlled substances, firearms, drug paraphernalia, and counterfeit monies were seized.

5. In the course of my experience, I have and continue to be involved in investigations where deoxyribonucleic acid (DNA) analysis provided evidence of crimes and of a particular person's participation in a crime, including the packaging and manufacturing of drugs, the control of or nexus to drug premises, and the possession of firearms, ammunition, and firearms accessories.

6. Through my training and experience, I know that analysts from the Wisconsin State Crime Laboratory and/or the Federal Bureau of Investigation crime lab can extract DNA from biological substances left at crime scenes, like from firearms. I know that based upon testing these biological substances the crime lab analyst can draw conclusions to a reasonable degree of scientific certainty that a particular individual may be the source of DNA found on items found at a crime scene. I know that epithelial cells contain DNA and that epithelial cells are present in the lining of the mouth.

7. This affidavit is based upon my personal knowledge and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

8. Because this affidavit is submitted for the limited purpose of securing search warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only facts that I believe are sufficient to establish probable cause.

II. **PROBABLE CAUSE**

2

9. Beginning in July 2022, the United States Postal Inspection Service (USPIS) and the High Intensity Drug Trafficking Area Drug Gang Task Force (HIDTA) investigated a postal-based drug trafficking organization (DTO). Case agents determined Dwight A. Barnes and his girlfriend Angela M. Redd shipped parcels containing oxycodone pills from Arizona to Milwaukee, Wisconsin. As part of the investigation into the DTO, case agents discovered Willie L. Vales (DOB XX/XX/1974), the defendant, would receive drug parcels and wire drug proceeds back to Barnes and Redd. Case agents identified the defendant's address as XXX6 West Wisconsin, Avenue, Apt 203, Milwaukee, Wisconsin 53223. Case agents were also aware that the defendant was on extended supervision, starting in 2019, for felony offenses, including armed robbery and first-degree sexual assault while armed. In total case agents identified ten suspected drug parcels mailed to the defendant from Barnes and ten money wires were sent by the defendant to associates of the DTO, for a total of $60,049.11 between September 14, 2021, and December 13, 2022.

10. On January 4, 2023, the Honorable Nancy Joseph, Magistrate Judge for the Eastern District of Wisconsin, signed a criminal complaint against the defendant for violations of money laundry; conspiracy to distribute and possess with intent to distribute a controlled substance; and unlawfully use of a communication facility to facilitate the distribution of a controlled substance, Title 18, United States Code, Section 1956(h) and Title 21, United States Code, Sections, 841(a)(1), 841(b)(1)(B), 843(b), and 846. Judge Joseph also issued an arrest warrant for the defendant on the same day.

11. On January 11, 2023, members of the Great Lakes Fugitive Task Force, of the United States Marshals Service (USMS), along with members of Drug Enforcement Administration (DEA) and HITDA executed a federal arrest warrant for the defendant at his

residence of XXX6 West Wisconsin, Avenue, Apt 203, Milwaukee, WI 53223. Law enforcement went to the defendant's apartment and at approximately 7:32 a.m., the defendant answered the door and members of the USMS arrested the defendant. Also present at the residence was the defendant's girlfriend.

12. Law enforcement searched the residence and located a loaded black Springfield Armory .45 caliber XPS semi-automatic pistol, bearing serial number BY321900 (Springfield), in the stove of the defendant's kitchen. Law enforcement also located a black body armor in the kitchen. Two cellular devices were also located during the search. Law enforcement also seized the suspected marijuana blunt in the kitchen.

13. The defendant provided a *Mirandized* statement. The defendant admitted to being released from prison in 2019. The defendant stated he was unaware of a firearm inside the residence until the police arrived. The defendant explained his girlfriend moved the firearm from her purse to the stove when the police arrived. The defendant made other denials regarding the drug conspiracy.

14. The Springfield found in the stove was swabbed for DNA by Milwaukee Police Department Forensic Investigator Janel Vytlacil on January 11, 2023. Three swabs taken from the firearm are currently in evidence at Milwaukee Police Department under inventory number OJI3220066 / 23001526.

15. A review of Vales' criminal history shows that he is a convicted felon and prohibited from possessing a firearm. At the time of the incident Valves was on extended supervision for two felony convictions, first degree sexual assault, use of a dangerous weapon and armed robbery with threat of force (Milwaukee County Case 2002CF3097).

16. I know Vales is currently in custody the Waukesha County Sheriff's Office, 515 West Moreland Boulevard, Waukesha, Wisconsin.

17. Your affiant is aware through his training and experience that those engaged drug trafficking commonly possess firearms to protect the controlled substances or drug proceeds they also possess.

### III. CONCLUSION

18. Based on the information above, I submit that there is probable cause to believe that by taking oral swabs of the mouth of Vales, there may now be found DNA that is evidence of the knowing possession of a firearm after previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and possession of a firearm in furtherance of drug trafficking, in violation of Title 18, United States Code, Sections, 924(c). Therefore, I request that this Court issue a search warrant to obtain samples of Willie L. Vales's DNA from saliva containing epithelial cells for subsequent testing and examination.

## ATTACHMENT A

*Person to be searched*

The person to be searched is **Willie L. Vales (Male/Black, DOB: XX-XX-1974, Wisconsin Department of Corrections Number 00294647).**

6

# ATTACHMENT B

*Property to be seized*

The property to be seized is saliva containing epithelial cells by buccal swab.